IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELEN CANNADY and GEORGE CANNADY, § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. H – 05 – 1533 |
| § § | |
| AMERICAN HONDA MOTOR CO., INC., et al., § § § § | |
| Defendants. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, Plaintiffs' claims against Defendant Gillman Honda are **DISMISSED**. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 10th day of August, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.