IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELEN CANNADY and GEORGE CANNADY § § § | |
| vs. § | CIVIL ACTION NO. H-05-1533 |
| § AMERICAN HONDA MOTOR CO., INC.; § HONDA MOTOR COMPANY, LTD.; § GILLMAN OF FORT BEND, INC. d/b/a § GILLMAN HONDA; AMERICAN ISUZU § MOTORS INC.; ISUZU MOTORS § AMERICA, INC.; and ISUZU MOTORS § LIMITED § | |

### JOINT AGREED MOTION TO APPROVE MINOR SETTLEMENT

COMES NOW, JEFFREY CANNADY, As Next Friend of ALLENA CANNADY, a minor and moves the Court to approve the Settlement for ALLENA CANNADY, a minor, and in support thereof says:

I.

This is a personal injury suit wherein the Plaintiffs seek to recover against the Defendants as a result of an automobile accident that Plaintiffs allege occurred because of a defect in the transmission system and roof structure of the 1996 model year Honda Passport. During this accident, Plaintiff Helen Cannady suffered three fractured cervical vertebrae for which she was hospitalized for over a week and for which is continuing to receive treatment. Plaintiff Allena Cannady, a minor, was the front seat passenger. She was taken from the accident scene by ambulance to Detar Hospital where she was treated and released. Plaintiff Allena Cannady has no continuing injuries from this accident.

II.

The parties herein have agreed to settle this cause of action and on [date] this Court appointed David C. Griffin, 120 South Main, Suite 301, Victoria, Texas 77901 as Attorney Ad Litem. Jeffrey Cannady, Allena's father, has no financial interest in this matter and his interests are in no way adverse to Allena Cannady. Mr. Cannady understands the uncertainties of trial, believes the

settlement to be in his daughter's best interests and is requesting the Court to approve the settlement in the amount of $5,000.00 to be placed into the Registry of the Court. (See Affidavit of Jeffrey Cannady attached hereto as Exhibit A). Mr. Griffin, the ad litem, has reviewed the terms of the settlement and believes them to be in the best interests of Allena Cannady, a minor.

WHEREFORE, Plaintiffs pray that this Court will enter an order approving the settlement of $5,000.00 to be placed into the Registry of the Court for the benefit of Allena Cannady, a minor, and for such other and further relief, at law or in equity, to which they may show themselves entitled.

Respectfully submitted,

**HOUSSIERE DURANT & HOUSSIERE, L.L.P.**

By: *Monica Vaughan* *signed by permission*
Monica C. Vaughan
State Bar No. 00794784
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Tel:(713)626-3700
Fax:(713)626-3709

ATTORNEYS FOR PLAINTIFFS

**CLARK, THOMAS & WINTERS, PC**

By: *Dimple Desai* *signed by permission*
Gary W. Davis
SBT 05492500
Dimple Desai
SBT 24012523
300 West Sixth Street, 15th Floor (78701)
P. O. Box 1148
Austin, TX 78767
Tel: (512) 472-8800
Fax: (512) 474-1129

ATTORNEYS FOR DEFENDANTS

MAREK, GRIFFIN & KNAUPP, LLP

By: /s/ David Griffin
David C. Griffin   *signed by permission*
SBT: 08456950
120 S. Main Street, Suite 301
P. O. Box 2329
Victoria, TX 77902
Tel: (361) 573-5500
Fax: (361) 573-5040

ATTORNEYS AD LITEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Agreed Motion to Approve Minor Settlement has been duly served upon each party or their duly authorized agent or attorney of record either in person or by agent or by courier receipted delivery or by certified or registered mail to each party's last known address, or by telephonic document transfer to the recipient's current telecopier number as indicated below, on the __28__ day of July, 2006.

Gary W. Davis
Dimple Desai
Clark, Thomas & Winters, P.C.
300 West Sixth Street, 15th Floor (78701)
P. O. Box 1148
Austin, TX 78767
512-474-1129 fax

David C. Griffin
Marek, Griffin & Knaupp, LLP
120 S. Main Street, Suite 301
P. O. Box 2329
Victoria, TX 77902
Fax: (361) 573-5040

/s/ Monica Vaughan
Monica C. Vaughan   *signed by permission*