IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELEN CANNADY and GEORGE CANNADY § § § | |
| vs. § | CIVIL ACTION NO. H-05-1533 |
| § AMERICAN HONDA MOTOR CO., INC.; § HONDA MOTOR COMPANY, LTD.; § GILLMAN OF FORT BEND, INC. d/b/a § GILLMAN HONDA; AMERICAN ISUZU § MOTORS INC.; ISUZU MOTORS § AMERICA, INC.; and ISUZU MOTORS § LIMITED § | |

### ORDER APPROVING MINOR SETTLEMENT

On the _____ day of July, 2006, the Court having reviewed the Parties Motion to Approve Minor Settlement, finds the Settlement to be in the best interests of Allena Cannady, a minor and finds that the motion should be, in all things, GRANTED. It is therefore,

ORDERED that the Settlement for Five Thousand Dollars ($5,000.00) to Allena Cannady, a minor is approved. It is further

ORDERED that the sum of Five Thousand Dollars ($5,000.00) shall be placed into the Registry of the Court until Allena Cannady, a minor reaches the age of majority. It is further

ORDERED that the Ad Litem, David C. Griffin, shall be paid the agreed upon sum for his services in this matter of Two Thousand Five Hundred Dollars ($2,500.00), which the Court finds to be fair and reasonable. It is further

ORDERED that the claims brought by the minor, Allena Cannady against all Defendants are hereby Dismissed with prejudice to the refiling of same.

SIGNED this _____ day of _____, 2006, at _____ a.m./p.m.

_____
PRESIDING JUDGE